UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff, | ) ) ) |
| v. | ) Civil Action No. ) |
| 2002 CADILLAC ESCALADE, VEHICLE<br>IDENTIFICATION NUMBER<br>3GYEK63N92G219882<br>Defendant. | ) ) **05-30156-KPN** ) ) |

## WARRANT AND MONITION

To:  The United States Marshal for the District of
     Massachusetts, or his Deputies

We Command that you give notice to all persons concerned that

a Verified Complaint for Forfeiture In Rem (the "Complaint"), a

copy of which is attached hereto, has been filed by the United

States of America against the defendant vehicle, described as a

2002   Cadillac   Escalade,   Vehicle   Identification   Number

3GYEK63N92G219882, seized by the United States Drug Enforcement

Administration on North Branch Parkway, Springfield, Massachusetts

on February 18, 2005 (the "Defendant Vehicle"), more particularly

described in the Complaint for the forfeiture of the Defendant

Vehicle to the United States of America pursuant to 21 U.S.C.

§881(a)(6).

     This   Court   has   found   probable   cause   for   forfeiture.

Accordingly, you are hereby directed to serve, and give notice of,

the Complaint by:

     (1)   Publishing notice of the United States' intent to
           forfeit the Defendant Vehicle at least once for three
           (3) successive weeks in the Republican or any other

any other newspaper having a general circulation in this District; and

(2)  Mailing a copy of this Warrant and Monition, together with a copy of the Complaint to:

Vincent Bongiorni, Esquire
Bongiorni and Mastroianni
95 State Street
Springfield, MA 01103

Roosevelt Archie
Hampden County House of Corrections
629 Randall Road
Ludlow, MA 01056

by certified mail, postage prepaid and return receipt requested, or by serving such copies on the listed parties by hand.

You Are Further Commanded to arrest, attach, inspect and retain the Defendant Vehicle in your custody until further order of this Court.

You Are Further Commanded to give due notice by appropriate service of process, as provided herein, to all persons who claim an interest in the Defendant Vehicle, or assert that the Defendant Vehicle should not be condemned or disposed of pursuant to the prayer of the Complaint.  Upon execution of this process, you are directed further to file the execution in this Court with your return thereon.

ALL CLAIMS TO THE DEFENDANT VEHICLE MUST BE FILED WITH THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS AND SERVED UPON THE UNITED STATES ATTORNEY'S OFFICE, ASSET FORFEITURE UNIT, 1 COURTHOUSE WAY, SUITE 9200, BOSTON, MASSACHUSETTS 02210, WITHIN THIRTY (30) DAYS AFTER PROCESS HAS BEEN EXECUTED OR WITHIN SUCH

ADDITIONAL TIME AS MAY BE ALLOWED BY THIS COURT. ALL ANSWERS TO THE COMPLAINT MUST BE FILED WITH THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS AND SERVED UPON THE UNITED STATES ATTORNEY'S OFFICE, ASSET FORFEITURE UNIT, 1 COURTHOUSE WAY, SUITE 9200, BOSTON, MASSACHUSETTS 02210, WITHIN TWENTY (20) DAYS AFTER THE FILING OF THE CLAIM. CLAIMS MUST BE FILED IN ACCORDANCE WITH THE FEDERAL RULES OF CIVIL PROCEDURE, SUPPLEMENTAL RULES FOR CERTAIN ADMIRALTY AND MARITIME CLAIMS. THE PROCEDURES FOR FILING A PETITION FOR REMISSION OR MITIGATION ARE SET FORTH IN 28 C.F.R. PART 9. IN ADDITION TO THE PROCEDURES MANDATED BY THOSE REGULATIONS, A COPY OF ANY PETITION FOR REMISSION OR MITIGATION SHOULD BE FILED WITH THE SEIZING AGENCY, WHICH IS THE UNITED STATES DRUG ENFORCEMENT ADMINISTRATION, JFK FEDERAL BUILDING, ROOM E-400, 15 NEW SUDBURY STREET, BOSTON, MASSACHUSETTS 02203, ATTENTION ASSET FORFEITURE GROUP.

Sarah A. Thornton, Clerk
U.S. District Court

By: _____
Deputy Clerk
Date: ___6/29/___, 2005

APPROVED AND SO ORDERED:

_____
United States District Judge
Date: ___July 5,___, 2005