UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) |
| | ) CIVIL ACTION NO.  05-30156-KPN |
| 2002 CADILLAC ESCALADE, VEHICLE | ) |
| IDENTIFICATION NUMBER | ) |
| 3GYEK63N92G219882 | ) |

## CLAIMANT'S ANSWER TO VERIFIED COMPLAINT FOR FORFEITURE

Now comes the defendant, Roosevelt Archie, by and through counsel, pursuant to Federal Rules of Civll Procedure Rule 8 (b)(c) and Rule © Supplemental Rules Maritime and Admiralty Claims and makes answer to the complaint of the United States as follows:

1.      The claimant is presently without information or knowledge sufficient to form a belief as to the truth of the allegations alleged in paragraph one and calls upon the Government to establish the same.

2.      The claimant admits the allegations contained in paragraph two of the complaint.

3.      The claimant admits the allegations contained in paragraph three of the complaint.

4.      Requires no responsive pleading.

WHEREFORE, the claimant moves that the relief prayed for in Section 2, 3, and 4 of the government's claim be denied and that the complaint for forfeiture be dismissed and for all costs and other relief to which the claimant may be entitled.

FIRST AFFIRMATIVE DEFENSE

The complaint fails to comply with the Requirements of Supplemental Rule (c)(2).

SECOND AFFIRMATIVE DEFENSE

The complaint fails to establish probable cause to believe the subject properties are forfeitable pursuant to Title 21 sec. U.S.C. sec. 881 (a)(6).

THIRD AFFIRMATIVE DEFENSE

The complaint fails to establish probable causes to believe the subject properties are forfeitable pursuant to Title 18 sec. U.S. C. Sec. 1956, 1957.

FOURTH AFFIRMATIVE DEFENSE

The plaintiffs have failed to commence the within action within the time period provided by law.

FIFTH AFFIRMATIVE DEFENSE

The plaintiffs are barred from recovery based upon the equitable doctrine of Laches.

SIXTH AFFIRMATIVE DEFENSE
UNREASONABLE SEARCH AND SEIZURE

The Plaintiff, United States of America is barred from obtaining forfeiture relief as requested insofar as plaintiffs have violated claimant's rights under the Fourth, Fifth, Sixth and Fourteenth Amendments to the United States Constitution in that the searches and seizures giving rise to this complaint were unreasonable and unlawful.

SEVENTH AFFIRMATIVE DEFENSE

The plaintiffs claim for forfeiture is barred by the Eight Amendment to the United States Constitution prohibitive against excessive fines and punishments.

EIGHTH AFFIRMATIVE DEFENSE

The plaintiffs claim for forfeiture is barred by the Ex Post Facto clause of the United States Constitution.

WHEREFORE, the claimant demands trial by jury on all issues.

THE CLAIMANT


BY:_____

Vincent A. Bongiorni, Esq.
95 State Street, Suite 309
Springfield, MA. 01103
(413) 732-0222
BBO #049040

CERTIFICATE OF SERVICE

I, Vincent A. Bongiorni, Esq., do hereby certify that I have served a copy of the foregoing

to the Assistant United States Attorney, U. S. District Court, 1 Courthouse Way, Suite 9200, Boston, MA.  02210 this *2nd* day of August, 2005.

Vincent A. Bongiorni

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) |
| | ) |
| | ) CIVIL ACTION NO.  05-30156-KPN |
| 2002 CADILLAC ESCALADE, VEHICLE | ) |
| IDENTIFICATION NUMBER | ) |
| 3GYEK63N92G219882 | ) |

NOTICE OF CLAIM AND VERIFIED STATEMENT OF INTEREST

Now comes the claimant, Roosevelt Archie, by and through counsel, pursuant to Rule C (6)(1)(b) Supplemental Rules Maritime and Admiralty Claims and gives notice of his ownership interest to the property known as 2002 Cadillac Escalade, Vehicle ID number 3GYEK63N92G219882.   The claimant, Roosevelt Archie, asserts an ownership claim to the vehicle as described above and described in paragraph 2 of the verified complaint for in rem forfeiture.

I, Vincent A. Bongiorni, Esq., Attorney at Law, pursuant to Supplemental Rule C (6)(B)(ii) assert I am duly authorized to assert the ownership claim of claimant herein, Roosevelt Archie, as his legal representative.

Now comes Vincent A. Bongiorni and being duly sworn hereby asserts that I have read the allegations on the above notice of claim and they are true to the best of my knowledge, information and belief.

Vincent A. Bongiorni, Esq.
95 State Street, Ste 309
Springfield, MA. 01103
(413) 732-0222
BBO #049040

Dated:    August, 2005