UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA,            )
          Plaintiff,                 )
                                     )
          v.                         ) Civil Action No.05-30156-KPN
2002 CADILLAC ESCALADE, VEHICLE      )
IDENTIFICATION NUMBER                )
3GYEK63N92G219882                    )
          Defendant.                 )
ROOSEVELT ARCHIE,                    )
          Claimant.                  )

            **JOINT STATEMENT PURSUANT TO LOCAL RULE 16.1**

     The United States of America, by its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, and Roosevelt Archie, by his attorney, Vincent A. Bongiorni, submit this Joint Statement pursuant to Local Rule 16.1.

     1.   The parties have conferred pursuant to the Local Rules and confirm their obligation to limit discovery as set forth in Fed.R.Civ.P. 26(b).

     2.   The parties propose the following schedule for discovery events and the filing of pre-trial motions:

          a.   discovery, including interrogatories and document requests, and any necessary depositions to be completed by January 20, 2006[1];

          b.   dispositive motions to be filed on or before February 20, 2006;

          c.   opposition to dispositive motions to be filed on or

---

[1] Several of the possible deponents are currently incarcerated and the deadline for discovery to be completed may be extended.

before March 6, 2006;

3. The parties request that the Court then schedule a hearing on dispositive motions, or act upon the motions without hearing if the Court decides no hearing is necessary. If the case is not disposed of by motion, the parties will confer and then seek an additional Scheduling Conference with respect to further conduct of the case.

4. The parties consent to trial by magistrate judge.

Respectfully submitted,

| MICHAEL J. SULLIVAN | ROOSEVELT ARCHIE, |
| United States Attorney, | |

/s/ JENNIFER H. ZACKS                /S/VINCENT A. BONGIORNI
by: Jennifer H. Zacks              by: Vincent A. Bongiorni
    Assistant U.S. Attorney            95 State Street
    John J. Moakley Federal            Suite 309
    Courthouse                         Springfield, MA 01103
    Suite 9200                         (413) 732-0222
    1 Courthouse Way
    Boston, MA 02210
    (617) 748-3283

Date: September 15, 2005