UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
UNITED STATES OF AMERICA,            )
          Plaintiff,                 )
                                     )
          v.                         )Civil Action No.05-30156-KPN
2002 CADILLAC ESCALADE, VEHICLE      )
IDENTIFICATION NUMBER                )
3GYEK63N92G219882                    )
          Defendant.                 )
ROOSEVELT ARCHIE,                    )
          Claimant.                  )
```

**JOINT MOTION TO CONTINUE SCHEDULING CONFERENCE**

The United States of America, by and through its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, and claimant, Roosevelt Archie (the "claimant"), by and through his attorney, respectfully move that the Court enter an Order continuing the Scheduling Conference from Friday, September 23, 2005 to Friday, October 7, 2005.  As grounds, the parties state that they are engaged in good faith settlement negotiations and expect that, if successful, the matter will be resolved and no further proceedings will be necessary.

WHEREFORE, the parties jointly request that this Court enter the rescheduling the Scheduling Conference from Friday, September 23, 2005 to Friday, October 7, 2005.

Respectfully submitted,

| | |
|---|---|
| MICHAEL J. SULLIVAN<br>United States Attorney | ROOSEVELT ARCHIE |
| By: /s/JENNIFER H. ZACKS<br>   Jennifer H. Zacks<br>   Assistant U.S. Attorney<br>   1 Courthouse Way<br>   Suite 9200<br>   Boston, MA  02210<br>   (617) 748-3100 | By: /s/VINCENT A. BONGIORNI/jhz<br>   Vincent A. Bongiorni, Esquire<br>   95 State Street<br>   Suite 309<br>   Springfield, MA 01103<br>   (413) 732-0222 |
| Date: September 21, 2005 | Date: September 21, 2005 |