UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>         Plaintiff    )<br>                       )<br>v.                     )<br>                       )<br>                       )<br>2002 CADILLAC ESCALADE,         )<br>VEHICLE IDENTIFICATION NUMBER  )<br>3GYEK63N92G219882,              )<br>         Defendant    ) | Civil Action No. 05-30156-KPN |

SCHEDULING ORDER
October 7, 2005

NEIMAN, U.S.M.J.

The following schedule was established at the initial scheduling conference this day:

1. All discovery shall be completed by January 20, 2006.

2. Counsel shall appear for a case management conference on January 26, 2006, at 12:30 p.m. in Courtroom Three.

IT IS SO ORDERED.

                                      /s/ Kenneth P. Neiman
                                      KENNETH P. NEIMAN
                                      U.S. Magistrate Judge