UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>          Plaintiff,                 )<br>                                    )<br>     v.                             )<br>                                    )<br>2002 CADILLAC ESCALADE, VEHICLE     )<br>IDENTIFICATION NUMBER               )<br>3GYEK63N92G219882                   )<br>          Defendant,                )<br>_____)<br>ROOSEVELT ARCHIE,                   )<br>          <u>Claimant.</u>                 ) | Civil Action No.<br>05-30156-KPN |

**<u>UNITED STATES' MOTION TO EXTEND DISCOVERY DEADLINE FROM FRIDAY,
JANUARY 20, 2006 TO FRIDAY, APRIL 7, 2006</u>**

The United States of America, by and through its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, respectfully moves that the Court enter an Order extending the discovery deadline in the Court's Order dated October 7, 2005 from Friday, January 20, 2006 to Friday, April 7, 2006.

As grounds, Claimant's counsel informed the government in numerous conversations, including at the status conference held on October 7, 2005, that the Claimant had agreed to file a Withdrawal of Claim, ending this civil forfeiture action. Following numerous telephone conversations with counsel for the Claimant, counsel repeatedly assured the government that a Withdrawal of Claim would be filed. On November 2, 2005, the government sent to counsel for the Claimant, Roosevelt Archie, by certified mail a proposed Joint Motion for Final Judgment and Order of Forfeiture, Stipulation of Settlement, and Final Judgment and Order of Forfeiture. As of this

date, the government has not received the executed documents nor has a Withdrawal of Claim been filed with this Court. In light of this, the government requests that this Court extend the discovery schedule deadline from Friday, January 20, 2006 to Friday, April 7, 2006. Counsel for the Claimant does not oppose this Motion.

WHEREFORE, the government requests that this Court enter an Order rescheduling the deadline for discovery from Friday, January 20, 2006 to Friday, April 7, 2006.

>Respectfully submitted,
>
>MICHAEL J. SULLIVAN
>United States Attorney
>
>By: /s/JENNIFER H. ZACKS
>Jennifer H. Zacks
>Assistant U.S. Attorney
>1 Courthouse Way
>Suite 9200
>Boston, MA  02210
>(617) 748-3100

Date: January 3, 2006

## CERTIFICATE OF SERVICE

I certify that I have served a true copy of the foregoing upon Vincent A. Bongiorni, Esquire, as counsel for Defendant Roosevelt Archie, 95 State Street, Suite 309, Springfield, MA 01103 by first class mail.

>/s/ JENNIFER H. ZACKS
>JENNIFER H. ZACKS
>Assistant U.S. Attorney

Date: January 3, 2006