UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>       Plaintiff,<br><br>v.<br><br>2002 CADILLAC ESCALADE, VEHICLE<br>IDENTIFICATION NUMBER<br>3GYEK63N92G219882<br>       Defendant,<br><br>ROOSEVELT ARCHIE,<br>       Claimant. | )<br>)<br>)<br>)  Civil Action No.<br>)  05-30156-KPN<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### FINAL JUDGMENT AND ORDER OF FORFEITURE

This Court having allowed the parties' Joint Motion for Final Judgment and Order of Forfeiture, it is hereby

ORDERED, ADJUDGED and DECREED:

1. That judgment is hereby entered for the forfeiture, pursuant to 21 U.S.C. §881(a)(6), of the 2002 Cadillac Escalade, Vehicle Identification Number 3GYEK63N92G219882, (the "Defendant Vehicle");

2. That any claim of interest of Roosevelt Archie or any other parties claiming any right, title, or interest in or to the Defendant Vehicle, is hereby held in default and dismissed;

3. The United States Marshals Service ("USMS") shall seize and maintain custody and control of the Defendant Vehicle, in accordance with United States Department of Justice policies regarding the disposition of forfeited property, and in accordance with the Stipulation of Settlement entered into between the United States of America and Claimant Roosevelt Archie, pursuant to 21

U.S.C. §881(a)(6); and

4. That this Court shall retain jurisdiction in this case solely for the purpose of enforcing the terms of this Judgment; otherwise, this Order shall be, and hereby is, the full and final disposition of this civil forfeiture action.

APPROVED AND SO ORDERED:

/s/ Kenneth P. Neiman
KENNETH P. NEIMAN
United States Magistrate Judge

Date: January 26, 2006